FILED
U.S. DISTRICT
DISTRICT OF

MAR - 8 2002
MICHAEL GANS
CLERK OF COURT

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 00-3217

---

| | |
|---|---|
| American Simmental Association, a Montana Non-Profit Association, | * * * |
| Plaintiff-Appellee, | * * |
| v. | * * |
| Coregis Insurance Company, an Indiana Corporation, | * * * |
| Defendant Third Party Plaintiff-Appellee, | * * * |
| St. Paul Fire and Marine Insurance Company, a Minnesota Corporation, | * * * |
| Defendant Third Party Defendant-Appellant. | * * |

4:98CV3327

Appeals from the United States
District Court for the
District of Nebraska.

---

No. 00-3218

---

| | |
|---|---|
| American Simmental Association, a Montana Non-Profit Association, | * * * |
| Plaintiff-Appellant, | * * |
| v. | * * |

| | |
|---|---|
| Coregis Insurance Company, an Indiana Corporation, | * * * |
| Defendant Third Party Plaintiff, | * * * |
| St. Paul Fire and Marine Insurance Company, a Minnesota Corporation, | * * * |
| Defendant Third Party Defendant-Appellee. | * * |

No. 00-3312

| | |
|---|---|
| American Simmental Association, a Montana Non-Profit Association, | * * * |
| Plaintiff, | * * |
| v. | * * |
| Coregis Insurance Company, an Indiana Corporation, | * * * |
| Defendant Third Party Plaintiff-Appellant, | * * * |
| St. Paul Fire and Marine Insurance Company, a Minnesota Corporation, | * * * |
| Defendant Third Party Defendant-Appellee. | * * |

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

March 8, 2002

Order Entered in Accordance with Opinion:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*