IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN SIMMENTAL ASSOCIATION, a Montana Non-Profit Association, | ) ) ) | 4:98CV3327 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COREGIS INSURANCE COMPANY, an Indiana Corporation, | ) ) | **JUDGMENT ON PREJUDGMENT INTEREST** |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota Corporation, | ) ) ) | |
| | ) | |
| Defendant/Third-Party Defendant. | ) ) | |

Pursuant to the court's memorandum and order entered this date, judgment is hereby entered as follows:

1.  Judgment is entered against defendant St. Paul Fire & Marine Insurance Company and in favor of third-party plaintiff Coregis Insurance Company for prejudgment interest in the amount of $74,034.34;

2.  Judgment is entered against defendant St. Paul Fire & Marine Insurance Company and in favor of plaintiff American Simmental Association for prejudgment interest in the amount of $46,206.54.

DATED this 22nd day of November, 2002.

BY THE COURT:
s/Richard G. Kopf
United States District Judge